**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| **CALEB CRABTREE and** | |
| **ADRIANE CRABTREE** | **PLAINTIFFS** |
| | |
| **v.** | **CIVIL ACTION NO. 2:19-cv-7-KS-MTP** |
| | |
| **CASEY COTTON, STATE FARM MUTUAL** | |
| **AUTOMOBILE INSURANCE COMPANY,** | |
| **ALLSTATE PROPERTY AND CASUALTY** | |
| **INSURANCE COMPANY, and JOHN DOES 1-5** | **DEFENDANTS** |

**UNOPPOSED FRCP 41(A)(2) MOTION TO DISMISS
ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
WITHOUT PREJUDICE**

COME THIS DAY, Plaintiffs, Caleb Crabtree and Adriane Crabtree, by and through undersigned counsel, on his Unopposed FRCP 41(a)(2) Motion to Dismiss Allstate Property and Casualty Insurance Company without Prejudice, and would state:

After good-faith conversations between counsel for Crabtree and counsel for Allstate Property and Casualty Insurance Company, plaintiffs seek to dismiss their current causes of actions against Allstate without prejudice.

Counsel for Allstate Property and Casualty Insurance Company has advised that this Motion is unopposed.

WHEREFORE premises considered plaintiffs request this court to enter an order dismissing Allstate Property and Casualty Insurance Company without prejudice pursuant to Rule 41(a)(2.)

Respectfully submitted this 19th day of February.

                        **CALEB CRABTREE AND ADRIANE CRABTREE, Plaintiffs**

                        *s/Samuel S. McHard*
                        SAMUEL S. MCHARD, MSB#100295

P. MANION ANDERSON, MSB #104250
SAMUEL S. MCHARD, MSB#100295
McHARD, McHARD, ANDERSON & ASSOCIATES, PLLC
140 Mayfair Road, Suite 1500
Hattiesburg, MS 39402
Ph: (601) 450-1715
Fx: (601) 451-1719
smchard@mchardlaw.com
manderson@mchardlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

                        *s/Samuel S. McHard*
                        SAMUEL S. MCHARD, MSB#100295