IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CALEB CRABTREE and
ADRIANE CRABTREE                                                         PLAINTIFFS

V.                                         CIVIL ACTION NO. 2:19-cv-00007-KS-MTP

CASEY COTTON, STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, and JOHN DOES 1-5                                     DEFENDANTS

## ORDER OF DISMISSAL

On February 19, 2019, Plaintiffs, Caleb Crabtree and Adriane Crabtree, filed an Unopposed FRCP 41(A)(2) Motion to Dismiss Allstate Property and Casualty Insurance Company Without Prejudice [17].

Based on a review of the record and the parties' representations in said motion, it is ORDERED that all causes of action solely against Allstate Property and Casualty Insurance Company are hereby dismissed with prejudice. Accordingly, the Motion to Sever and Partially Remand [12] filed by Allstate Property and Casualty Insurance Company is denied as moot.

SO ORDERED AND ADJUDGED this 20th day of February 2019.

/s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE